DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

CANADY v. CLIFF

No. 118P89.

Case below: 93 N.C. App. 50.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

DELLINGER v. MICHAL

No. 115P89.

Case below: 92 N.C. App. 744.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

HINTON v. PERDUE FOODS

No. 125P89.

Case below: 92 N.C. App. 755.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

IN RE ESTATE OF BRYANT

No. 133P89.

Case below: 92 N.C. App. 755.

Petition by George A. Bryant, Jr. for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

IN RE WILSON

No. 149P89.

Case below: 93 N.C. App. 166.

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.